UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL L. ISAACS,        )  | |
|     Plaintiff,       )   | |
|     vs.       )   | 1:03-cv-0348-LJM-JMS |
|       )   | |
| HILL'S PET NUTRITION, INC.,      )   | |
|     Defendant.       )   | |

### ENTRY & ORDER

    Plaintiff, Carol L. Isaacs, appears with counsel, Richard L. Darst, and defendant, Hill's Pet Nutrition, Inc., appears by counsel, Ellen E. Boshkoff, George A. Stohner, and Jane A. Dall, on June 26, 2008, for a hearing on Plaintiff's Motion to Reopen this cause. Plaintiff's motion is **GRANTED**. The Clerk of the Court is instructed to reopen this cause. The Court hereby **GRANTS** Defendant's oral motion to file any further motions related to a settlement agreement under seal; this Order shall apply to filing from either party.

    Parties participate in continued settlement discussions with the Court. <u>Conference is continued to</u> **Tuesday, July 1, 2008, at 3:00 p.m.**, <u>in Room 204</u>, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. Out-of-state counsel shall participate by calling the Court's conference bridge, 317-229-3961, at the appointed time.

    IT IS SO ORDERED this 27th day of June, 2008.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Electronically distributed to:

Ellen E. Boshkoff
BAKER & DANIELS
ellen.boshkoff@bakerd.com

Jane A. Dall
BAKER & DANIELS
jane.dall@bakerd.com

Richard L. Darst
COHEN GARELICK & GLAZIER
rdarst@fed-law.com

Rene M. Johnson
MORGAN LEWIS & BOCKIUS LLP
rjohnson@morganlewis.com

Susan W. Kline
BAKER & DANIELS
swkline@bakerd.com

Joseph C. Pettygrove
BAKER & DANIELS
joseph.pettygrove@bakerd.com

Joshua Thornton Robertson
COHEN GARELICK & GLAZIER
jrobertson@cgglawfirm.com

George A. Stohner
MORGAN LEWIS & BOCKIUS
gstohner@morganlewis.com